# IN THE UNITED STATES DISTRICT COURT

UNITED STATES OF AMERICA

vs.

LARRY STINCHCOMB II
Defendant

Case # 01-30119

FILED
MAR 2 0 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## MOTION TO REDUCE SENTENCE PURSUANT TO TITLE 18 U.S.C. § 3582(c)(2)

I proceed pro-se, to respectfully move this Honorable United States District Court to reduce the sentence of imprisonment imposed in my case. Based on my previous conviction of an offense involving crack cocaine. I believe the retroactive amendment to the Sentencing Guidelines applies to my case, and I'm requesting that the district court modify my sentence pursuant to the amendment. I'm also re-

1.

questing that the court appoint me counsel to litigate my motion for me. I'm requesting that the court appoint me RICHARD H. PARSONS as my attorney.

Respectfully Submitted,

*Larry Stinchcomb*
Larry Stinchcomb

March 17, 2008