E-FILED
Friday, 21 March, 2008  08:19:37 AM
Clerk, U.S. District Court, ILCD

# Certificate Of Completion

**PRESENTED TO**

## LARRY STINCHCOMB

**WHO HAS SUCCESSFULLY COMPLETED THE ADULT CONTINUING EDUCATION CLASS IN**

Real Estate Investments

**GIVEN AT F.C.I. MANCHESTER THIS 9TH DAY OF SEPTMBER IN THE YEAR 2003**

_Keith Pray_
KEITH PRAY

_Susan Lamoree_
SUSAN LAMOREE

# Certificate of Achievement

This certifies that

**LARRY STINCHCOMB**

has satisfactorily completed

**DRUG ABUSE EDUCATION**

Consisting of __40__ Hours of Training

This certificate is hereby issued this __29th__ day of __JANUARY__, 20__04__

At FCI MANCHESTER, KY

_Jack B. Vance_
Jack B. Vance, B.A.
Drug Treatment Specialist

_C. Hanson_
Dr. C. L. Hanson, Ph.D.
DAP Coordinator

# Certificate of Achievement

This certifies that

Larry Stinchcomb

has satisfactorily completed

The 12 STEPS with MICHAEL JOHNSON

Consisting of __22__ Hours of Training

This certificate is hereby issued this __9th__ day of __January__, 2004

_J.B. Vance_
Jack B. Vance, B.A.
Drug Treatment Specialist