E-FILED
Friday, 21 March, 2008   08:19:48 AM
Clerk, U.S. District Court, ILCD

# Certificate of Appreciation

## Brother Larry Stinchcomb

For your consistent hard work and dedication to the Protestant Faith Community. Your service as an Usher is greatly appreciated by all the brothers in the Body of Christ. You make God's house a blessing to be a part of and to worship in!

08/05/04
Date

_Chaplain Shidloff_
Signed

