# Certificate of Achievement

This is to Certify that

## Stinchcomb

has been a servant on Residents Encounter

*Christ weekend, At,*

The Federal Correctional Institute
Manchester, Kentucky

For we do not preach ourselves, but Jesus Christ as Lord, and ourselves as your servants for Jesus' sake.
2 Cor. 4:5

"Blessed are they who know their need for God; theirs is the Kingdom of Heaven."
Matthew 5:3

6-5-05 _____ Debbie Sharp
Date                Signed

