E-FILED
Friday, 21 March, 2008  08:20:14 AM
Clerk, U.S. District Court, ILCD

*Certificate of Appreciation*

# RESIDENTS ENCOUNTER CHRIST
## ALUMINI TEAM MEMBER

**Larry Stinchcomb**

This is to acknowledge the high level of dedication and service to our **LORD** and the JUNE 2004 REC Walk at FCI Manchester, Kentucky.

6/6/04
Date

Signature

Lake Cumberland REC

# Certificate of Appreciation

This is to Certify that

**Larry Stinchcomb**

Has been a servant on **R**esidents **E**ncounter **C**hrist weekend,

At

The Federal Correctional Institution

Manchester, Kentucky

2 Cor 4:5 For we do not preach ourselves, but Jesus Christ as Lord, and ourselves as your servants for Jesus' sake.

Dec. 5, 2004     Maurer Allen
_____     _____
Date                    Signed



F.R.E.C.

"Blessed are they who know their need for God; theirs is the Kingdom of Heaven."
Matthew 5:3



# Certificate of Achievement

This is to Certify that

**Larry Stinchcomb**

Has completed a Residents Encounter Christ weekend, at
The Federal Correctional Institute
Manchester, Kentucky

12-7-03
Date

_signature_
Signed

Lake Cumberland REC

2 Cor 4:5 For we do not preach ourselves, but Jesus Christ as Lord, and ourselves as your servants for Jesus' sake.

# Certificate of Achievement

This certifies that

## Larry Stinchcomb II

has successfully completed Course 2 of Tier 2

### In God We Trust





Crossroad
BIBLE INSTITUTE

February 8, 2007
Date

Dr. David Schuringa
President, Crossroad Bible Institute

# Certificate of Achievement

THIS CERTIFIES THAT

## Larry Stinchcomb

HAS SUCCESSFULLY COMPLETED COURSE 1 OF TIER 2
TEN MEN YOU SHOULD KNOW





Crossroad
BIBLE INSTITUTE

May 15, 2006
Date

Dr. David Schuringa
President, Crossroad Bible Institute

# CERTIFICATE OF ACHIEVEMENT

THIS CERTIFIES THAT

## Larry Stinchcomb

HAS SUCCESSFULLY COMPLETED

### SURVEY OF THE BIBLE

Crossroad BIBLE INSTITUTE

July 7, 2005
Date

Dr. David Schuringa
President, Crossroad Bible Institute

# Certificate of Achievement

This certifies that

## Larry Stinchcomb

has successfully completed

### Great Truths of the Bible



Crossroad
BIBLE INSTITUTE

*Dr. David Schuringa*
President, Crossroad Bible Institute

April 15, 2004
Date