IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff.<br><br>v.<br><br>LARRY M. STINCHCOMB, JR.,<br><br>    Defendant. | No. 01CR30119<br>Hon. Jeanne E. Scott<br>United States District Judge,<br>Presiding |

**MOTION TO WITHDRAW AS COUNSEL**

COMES NOW court-appointed counsel for LARRY M. STINCHCOMB, JR., Richard H. Parsons, Federal Public Defender, and Jonathan E. Hawley, First Assistant Defender, moving this Honorable Court for an Order allowing counsel to withdraw, and in support thereof states as follows:

1.   Pursuant to Administrative Order 08-U-0005, this Court appointed undersigned counsel to represent the Defendant on his request for a reduced sentence pursuant to the retroactive amendment to the crack cocaine guideline.

2.   Undersigned counsel has thoroughly reviewed the Defendant's case and concluded that he is ineligible for a reduction because he was sentenced as a Career Offender. Specifically, paragraph 26 of the PSR indicates that the Defendant is a Career Offender. It was the Career Offender guideline which determined the Defendant's Total Offense Level and not the quantity of crack cocaine involved in his offense. Accordingly, even if the amendment to the crack cocaine guideline lowered his Base Offense Level under the crack cocaine guideline, this would have no effect on the Defendant's range as determined by the Career Offender Guideline.

Finally, although this Court departed downward from the Guideline Range for substantial assistance, the departure was from the range as determined by the Career Offender Guideline. Thus, the amendment to the crack cocaine guideline does not affect the starting point from which the departure was made, nor the extent of the departure. Therefore, the amendment does not change the Defendant's guideline range or sentence.

3. Because undersigned counsel has concluded that the Defendant is ineligible, counsel requests that he be allowed to withdraw as counsel and that the Defendant's be allowed to proceed in this matter *pro se*.

WHEREFORE, undersigned counsel respectfully requests that this Honorable Court enter and order allowing undersigned counsel to withdraw and allowing the Defendant to proceed *pro se*.

                    Respectfully Submitted,
                    LARRY M. STINCHCOMB, JR.,
Defendant

                    RICHARD H. PARSONS
                    Federal Public Defender

                    BY:    s/ Jonathan E. Hawley
                    _____
                    JONATHAN E. HAWLEY
                    Attorney for Defendant
                    First Assistant FPD
                    ARDC Reg. No. 6243088
                    401 Main Street, Suite 1500
                    Peoria, Illinois 61602
                    Phone: 309/671-7891
                    Fax: (309) 671-7898
                    E-mail: jonathan_hawley@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Assistant United States Attorney Childress.

s/ Jonathan E. Hawley
_____
JONATHAN E. HAWLEY
Attorney for Defendant
First Assistant FPD
ARDC Reg. No. 6243088
401 Main Street, Suite 1500
Peoria, Illinois 61602
Phone: 309/671-7891
Fax: (309) 671-7898
E-mail: jonathan_hawley@fd.org