E-FILED
Wednesday, 23 April, 2008 03:52:02 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

UNITED STATES OF AMERICA

VS.                                              Cause No. 01-30119

LARRY STINCHCOMB II
    Defendant.
_____/

MOTION TO REDUCE SENTENCE PURSUANT TO
TITLE 18 U.S.C. § 3582 (c)(2)

**COME NOW,** The Defendant, Larry Stinchcomb proceeding pro-se, to respectfully move this Honorable United States District Court to reduce the sentence of imprisonment imposed in this case based on an amendment to the United States Sentencing Guidelines resulting in a sentencing in a sentencing range that has been subsequently lowered by the United States Sentencing Commission pursuant to the authority granted to this Court pursuant to Title 18 U.S.C. § 3582 (c) (2).

JURISDICTIONAL STATEMENT

This Honorable Court has the jurisdiction and authority to act upon this foregoing motion for relief/reduction of sentence pursuant to Title 18 U.S.C. § 3582 (c)(2) which provides:

"In the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has been subsequently lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994 (O), upon motion of the defendant or the Director of the Bureau of Prisons, or on its own motion, the Court may reduce the term of imprisonment, after considering the factors set fourth in section 3553 (a) to the extent that they are applicable, if such a reduction is consistent with applicable policy statements issued byn the Sentencing Commission."

## PROCEDURAL STANCE AND HISTORY OF CASE

This motion is presented pursuant to the "Crack Amendment" to the U.S.S.G. In 2007, the United States Sentencing Commission sent a guideline amendment to Congress that lowered the "Crack" cocaine penalties on average by 16 months for approximately 80% of "Crack" defendants. This amendment reduces "crack" penalties by two (2) points under § 2D1.1 (c) and said amendment was ordered to be applied retroactively by the United States Commission to any defendant, including this defendant, who was convicted and sentenced for a "crack" cocaine offense prior to Nov. 1, 2007.

1.) This defendant was charged and convicted for violation of Title 21 U.S.C. § 841(A)(1) 841(B)(1)(B) and sentenced to 228 months imprisonment, case # 01-30119 by the United States District Court for ILLINOIS, CENTRAL DIS on 2-28-03.

2.) The District Court sentence imposed was based on the United States Guidelines for a Schedule II Narcotic Controlled Substance, i.e., Cocaine Base/"Crack Cocaine. The base offense level calcuated by the Court based on the drug quantity ascertained by a preponderance of the evidence under U.S.S.G. was level 34 resulting in a guideline range of 262-327 months of imprisonment.

(2)

3.) Due to the "Crack Amendment" to the U.S.S.G., this defendant's previous base offense level of  34  resulting in the sentence of  228  months of imprisonment should be adjusted accordingly and immediately reduced to a new base offense level of  32  due to the new provision of the "Crack" amendment that provides for a two (2) level drop on the sentencing table. Such a two (2) level downward variance results in a new sentencing range of  210-262  months imprisonment.

## RELIEF SOUGHT

Wherefore, this defendant prays that this Honorable Court adjust and reduce the term of imprisonment imposed in this case to a sentence consistent with the "Crack Amendment" under § 2D1.1 (c) of the U.S.S.G. and any all relief pursuant to the "Criminal History Amendment" to the U.S.S.G. under § 4A1.2 (b)(1)(A) if applicable in the interest of justice.

Respectfull Submitted,

*Larry Hinchcomb* (signature)

## CERTIFICATE OF SERVICE

On the 20th day of April three (3) copies sent for filing to the Clerk of the U.S. District Court for Central District of Illinois Springfield Division at 151 U.S. Courthouse 600 E. Monroe Street Springfield, IL 62701.

*Larry Stinchcomb*
Larry Stinchcomb
Reg. No. 53340-019
F.C.I. Manchester
P.O. Box 4000
Manchester, KY 40962-4000

Clerk of United States District
Court for Central District of
Illinois Springfield Division
151 U.S. Courthouse
600 E. Monroe Street
Springfield, IL 62701

(4)