Dear Judge Jeanne E. Scott, 4-20-08

My name is Larry Moore Stinchcomb II. How are you today? The reason I'm writing, is to be straight up with you. About my remorse, and apologies. Ever since I was 14 years old, I've been a hardheaded, rebellious individual. Getting into lots of trouble. I've never met my father, and there was no structure in my life. As I got older, my mother couldn't handle me, or keep me in the house. I first got in trouble with the law at 18 years old, but never went to prison. This is how I know, prison is a place for rehabilitation. After doing over six years locked away, I can truly say. That I've learned a lot. Such as, how drugs can actually kill people, and destroy families. I've also learned that I can hold a job consistently, and willingly. I want to apologize to my family, and to society, for the bad choices I made in life. I regret the wrong that I've done, and the people I hurt the most, my kids. I never knew the effect that this would have on my kids. My committed responsibility is to be a father to them. The father I never had, and never experienced. Yes I know, I got off to a bad start in my young adulthood. But I also would like to give a great thanks to my LORD, + Savior Jesus Christ. For saving me, and changing the wrong path in my life, to the right path. Last, but not least. Honorable Judge Jeanne E. Scott. I would like to apologize to the court for breaking the law, and for the crime I committed. What I did was wrong, and I make a vow to the court to never commit that wrongdoing again. I pray that your discretion be used in my case. Thank you. Sincerely

Larry Stinchcomb

# UNICOR Work Performance Evaluation Record

Name: Stinchcomb, Larry          Reg Number: 53340-019          Unit: Whitley A

Institution Code: 123     Industry Code: 1121     Work Assignment DOT Code: 690.685-154

Evaluation Begin Date: 10/01/2006          Evaluation End Date: 03/31/2007

Ratings Scale:  1 = Much worse than average; 2 = Worse than average; 3 = Average
4 = Better than average; 5 = Much better than average

| Rating | Category |
|---|---|
| 4 | Safety |
| 4 | Personal Conduct |
| 4 | Quality Assurance |
| 4 | Productivity / Punctuality |
| 4 | Compliance with Work Standards |
| 20 | Total Score |

Inmate Initials: L.S
Supervisor Initials: CH

Comments:

---

Institution Code: 123     Industry Code: 1121     Work Assignment DOT Code: 690.685-154

Evaluation Begin Date: 04/01/2007          Evaluation End Date: 09/30/2007

Ratings Scale:  1 = Much worse than average; 2 = Worse than average; 3 = Average
4 = Better than average; 5 = Much better than average

| Rating | Category |
|---|---|
| 4 | Safety |
| 4 | Personal Conduct |
| 4 | Quality Assurance |
| 4 | Productivity / Punctuality |
| 4 | Compliance with Work Standards |
| 20 | Total Score |

Inmate Initials: L.S
Supervisor Initials: CH

Comments:

---

ORIGINAL – Stays with UNICOR
Copies – One copy to Case Manager after each Evaluation Period

FPI 44
Rev. 11/95

```
 MANHB            *        INMATE EDUCATION DATA         *     10-20-2007
 PAGE 001 OF 001  *              TRANSCRIPT              *     10:20:18

 REGISTER NO: 53340-019    NAME..: STINCHCOMB            FUNC: PRT
 FORMAT.....: TRANSCRIPT   RSP OF: MAN-MANCHESTER FCI

 ---------------------------  EDUCATION INFORMATION  ---------------------------
 FACL ASSIGNMENT DESCRIPTION                 START DATE/TIME STOP DATE/TIME
 MAN  ESL HAS    ENGLISH PROFICIENT          04-16-2003 0001 CURRENT
 MAN  GED HAS    COMPLETED GED OR HS DIPLOMA 05-08-2003 0001 CURRENT

 ---------------------------   EDUCATION COURSES    ---------------------------
 SUB-FACL   DESCRIPTION                 START DATE STOP DATE EVNT AC LV HRS
 MAN        BASKETBALL PLAYERS CLINIC   11-30-2005 12-24-2005  P   C  P   1
 MAN        REAL ESTATE                 06-03-2003 09-10-2003  P   C  P  42




 G0000         TRANSACTION SUCCESSFULLY COMPLETED
```

# CERTIFICATE OF ACHIEVEMENT

THIS CERTIFIES THAT

## Larry Stinchcomb

HAS SUCCESSFULLY COMPLETED COURSE 3 OF TIER 2
SERMON ON THE MOUNT





Crossroad
BIBLE INSTITUTE

April 3, 2008
Date

Dr. David Schuringa
President, Crossroad Bible Institute