01-30119

To: Ms Jeann Scott

It is a Honor to meet you, Ms. Scott, Jeann. My, Name is Glenda Stinchcomb. And, my Son Name Larry M. Stinchcomb II. Also, is my firstborn. Although his tta was deceased, when Larry, vs born. He, had taken his Life. s, as you can see, my Son, has t had a Father in his life. To show good life, a noursery life. But, would like to Thank, you for giving is a Spiritual Life. Because, he v Knows Everything, about Our Maker.

Ms. Jeann Scott, now that, I ve told you a little about My Son ease, now that Larry has been one from the Only Parent that, he have. Please, let me have my Godly n back. He has been gone from for, Several years. And his, Son ll be Seven in June 17, Please,

let, me be able, to hold him once again. His, grandmother, all of his relatives would love to see him, again. Also, I know your job is hard, and, I would like thank-you for being, just who you are.

May, God Continue To Bless You, and Your, Family

Glenda R. Stinchcomb

P.S. Please, forgive me for writting you on this paper.

RECEIVED
JUN 10 2008
JEANNE E. ...
U.S. DISTRICT JUDGE
IN CHAMBERS
SPRINGFIELD, IL

Glenda R. Stinchcomb
1464 Snond Ave.
Decatur, Ga. 30032

NORTH METRO GA 300
04 JUN 2008 PM 10 L

Honorable Judge Jeanne Scott
Central District of Illinois
Office of The Clerk
United States District Court
151 U.S. Court House
600 East Monroe St.