E-FILED
Friday, 15 August, 2008  04:02:51 PM
Clerk, U.S. District Court, ILCD



IN THE UNITED STATES APPEALS COURTS
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPINGFIELD DIVISION

UNITED STATES OF AMERICA

vs.

NOTICE OF APPEAL

NO. 01-30119

LARRY M. STINCHCOMB

## OPINION

Comes now defendant appealing final judgment on 3582 (c)(2) motion. In spite of being a career offender.

Respectfully Submitted,

*Larry Stinchcomb*
Larry M. Stinchcomb

7/28/08

# United States Court of Appeals

For The Seventh Circuit
219 South Dearborn Street
Chicago, Illinois 60604

8/11/08

Dear Appeals Deputy,

I am enclosing a notice of appeal that was received by this court. I am enclosing this document for proper filing with your court. Please file the notice of appeal using our recieved stamp date pursuant to F.R.A.P. 4(d). Please make up and send us a short record in this case.

If you have already received this notice of appeal please disregard this document.

Sincerely,

Pro Se Clerk

01-30119

NAME   Larry M. Stinchcomb
REG. NO. 53340-019   QTR. W-A
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 4000
MANCHESTER, KY 40962-4000



Seventh Circuit Court of Appeal
Clerk
2722 Everett McKinley Dirksen
United States Courthouse
219 South Dearborn Street
Chicago, IL 60604