# SEVENTH CIRCUIT APPEAL INFORMATION SHEET

E-FILED
Friday, 15 August, 2008   04:23:46 PM
Clerk, U.S. District Court, ILCD

*Include names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use separate sheet if needed.*

*District:* Central District of IL   *Docket No.:* 01-30119

*Division:* Springfield

**Plaintiff (Petitioner)   Short Caption   Defendant (Respondent)**

United States of America   *v.*   Larry M. Stinchcomb

---

**Current Counsel for Plaintiff (Petitioner):**   **Current Counsel for Defendant (Respondent):**

*(Use separate sheet for additional counsel)*

*Name:* Larry M. Stinchcomb, 53340-019  (pro se)   *Name:*

*Firm:* FCI   *Firm:*

*Address:* P.O. Box 4000
Manchester, KY 40962-4000   *Address:*

*Phone:*   *Phone:*

---

*Judge:* Jeanne E. Scott   *Nature of Suit Code:* Criminal/Crack Cocaine Reduction

*Court Reporter:* Kathy Sullivan   *Date Filed in District Court:* 3/20/2008

*Date of Judgment:* 7/22/2008

*Date of Notice of Appeal:* 7/31/2008

*Counsel:*  ___Appointed   ___Retained   ✘ Pro Se

*Fee Status:*  ___Paid   ✘ Due   ___IFP   ___IFP Pending   ___U.S.   ___Waived

*(Please mark only 1 item above)*

Has Docketing Statement been filed with the District Court's Clerk's Office:   ___Yes   ✘ No

If 28 U.S.C. §2254 or 28 U.S.C. §2255, was certificate of appealability: ___granted, ___denied; ___pending

If certificate of appealability was granted or denied, what is the date of the order: _____

If Defendant is in Federal custody, please provide United States Marshal number (USM#): 53340-019

**IMPORTANT: THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(a).**