UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

 

Dirksen Federal Building
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

August 15, 2008

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

| |
|---|
| Appellate Case No: 08-3096 <br><br> Caption: <br> UNITED STATES OF AMERICA, <br> Plaintiff - Appellee <br><br> v. <br><br> LARRY M. STINCHCOMB, <br> Defendant - Appellant |
| District Court No: 3:01-cr-30119-JES-1 <br> Court Reporter Kathy Sullivan <br> District Judge Jeanne Scott <br> Clerk/Agency Rep Pamela Robinson <br><br> Date NOA filed in District Court: 07/31/2008 |

If you have any questions regarding this appeal, please call this office.

CC:

Pamela E. Robinson

form name: c7_Docket_Notice_short_form (form ID: 188)